**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DOUGLAS RAY BRYANT, etc.,

    Plaintiff,

vs.                                                     Case No. 3:09-cv-93-J-32HTS

SPECTRUM INSTALLATION, INC.,

    Defendant,

## **ORDER**[1]

The parties have advised the Court that this Fair Labor Standards Act case has settled (Doc. 28). In this type of case, the Court must make a finding that any settlement represents "a fair and reasonable resolution of a bona fide dispute over the Act's provisions" after "scrutinizing the settlement for fairness." Lynn's Food Stores, Inc. v. Dep't of Labor, 679 F.2d 1350, 1353, 1355 (11th Cir. 1982); see also, Silva v. Miller, 307 Fed. Appx. 349 (11th Cir. 2009). Accordingly, it is hereby

**ORDERED**:

1. The parties shall have until **January 15, 2010** to file settlement documents for the undersigned's review.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **January 15, 2010** deadline, this case will automatically be deemed to be

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

dismissed without prejudice. The Clerk should close the file now, subject to reopening if the parties file papers by the **January 15, 2010** deadline.

3. Defendant's motion for summary judgment (Doc. 14) is **terminated** and the evidentiary hearing on the summary judgment motion set for tomorrow is **cancelled**.

**DONE AND ORDERED** at Jacksonville, Florida this 15th day of December, 2009.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:
Counsel of Record

2